**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:07-CV-1934-RWS |
| : | |
| HANK BROWN and : | |
| LISA VISNICKER, : | |
| : | |
| Defendant. : | |

**ORDER**

This case is before the Court for consideration of Defendants' Motion to Modify, Vacate, or Reverse [167]. After reviewing the record, the Court enters the following Order. In their Motion, Defendants challenge the factual findings of the Court. However, Defendants fail to recognize that the allegations of the Complaint have been deemed to be admitted due to the default. Giving consideration to the allegations of the Complaint and the evidence presented at the hearings, the Court finds no basis for modifying, vacating, or reversing the Judgment. Accordingly, Defendants' Motion [167] is hereby **DENIED**.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  7th   day of July, 2010.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE